# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CRAIG CHARLES )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>TOM DART, ET AL. )<br>)<br>Defendants. )<br>) | Case No. 10-00772<br>Honorable Matthew Kennelly |

## PLAINTIFF'S WRITTEN STATUS REPORT

Pursuant to this Court's February 18, 2011 Order, Plaintiff Craig Charles ("Charles"), by and through his appointed counsel, provides the following status report:

1. Appointed counsel and Defense counsel have informally discussed the possibility of settlement.

2. Fact discovery in this matter closes June 10, 2011.

3. On February 25, 2011, Plaintiff served the following:

   - His First Requests for the Production of Documents

   - His First Set of Interrogatories

   - A subpoena to the Illinois Department of Corrections for Charles' master file, medical file, clinical file, and grievance file.

   - A subpoena to the Cook County Department of Corrections for Charles' master file, medical file, clinical file, and grievance file.

   - A subpoena to Cermak Health Services for Charles' master file, medical file, clinical file, and grievance file

   - Notices of Deposition for Defendants Salvador Godinez, John Mueller, Office Forbes, and Officer Gross.

Respectfully submitted,

PLAINTIFF CRAIG CHARLES

By: s/Jason M. Torres
    One of His Attorneys

Jason M. Torres
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

## **CERTIFICATE OF SERVICE**

Jason M. Torres, an attorney, certifies that he caused a true and correct copy of the foregoing PLAINTIFF'S STATUS REPORT to filed electronically in the United States District Court for the Northern District of Illinois and served upon:

Craig Charles, #2009-0027254

2950 South California Ave.

P.O. Box 089002

Chicago, IL 60608

by having same placed the same in a properly addressed, postage prepaid envelope and deposited in the U.S. Mail at 131 South Dearborn Street, Chicago, Illinois this 25th day of February, 2011.

s/Jason M. Torres

13168785v.1